UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-10383-BKC-AJC
CHAPTER 11

IN RE:
MANUEL J. FRADE,
    Debtor.
_____/

## DEBTOR'S MOTION FOR CLARIFICATION OF ORDER

The Debtor, MANUEL J. FRADE, moves this Honorable Court for an Order for Clarification as grounds and states:

1. On January 12, 2017, the Debtor filed a voluntary petition for relief under Chapter13 of the United States Bankruptcy Code and the case was converted to a Chapter 11 on February 14, 2017.

2. Jacek Stramski, counsel for The State of Florida, Office of the Attorney General, Department of Legal Affairs, submitted an Order on relief from stay stemming from a hearing heard on February 7, 2017. The Order [ECF 26] entered by this Court specifically removed any language referencing an asset freeze.

3. Counsel has informed me that he believes he is entitled to obtain an asset freeze and undersigned believes this is not allowed by the Court Order, [ECF 26]. Any act to control property of the bankruptcy estate would be a violation of the automatic stay and undersigned believes that this Court only allowed The State of Florida, Office of the Attorney General, Department of Legal Affairs to proceed for discovery violations and all the information requested that has allegedly not been provided by Debtor, pursuant to allegations made in their Motion to Dismiss, [ECF 9].

WHEREFORE, the Debtor requests this Honorable Court for an Order of Clarification and any other relief this Court deems proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) ) and that a true and correct copy of this Motion was sent by email to U.S. Trustee, Jacek P. Stramski, counsel for State of Florida, at jacek.stramski@myfloridalegal.com and all others set forth in the NEF, this 16th day of February 2017 and this Motion and an upcoming Notice of Hearing will be served via email to those set forth in the NEF and by regular mail to State of Florida, Office of the Attorney General, Department of Legal Affairs, Consumer Protection Division, 107 West Gaines Street, Tallahassee, FL 32399.

> LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
> & RODOLFO H. DE LA GUARDIA, JR.
> Attorneys for the Debtors
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126-5431
> Telephone (305) 443-4217
> Facsimile (305) 443-3219
> Email- Pleadings@bkclawmiami.com
>
> By /s/ Michael A. Frank
> Michael A. Frank
> Florida Bar No. 339075