Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Judge A. Jay Cristol

In Re:

                               Case No. 17-10383-BKC-AJC

MANUEL J. FRADE,

     Debtor.
_____

ECF #9

February 17, 2017

The above entitled cause came on for hearing before the HONORABLE A. JAY CRISTOL, one of the Judges in the UNITED STATES BANKRUPTCY COURT, in and for the SOUTHERN DISTRICT OF FLORIDA, at 1515 North Flagler Drive, West Palm Beach, Palm Beach County, Florida, on February 17th, 2017, commencing on or about 2:15 p.m., and the following proceedings were had:

        Transcribed from a digital recording by:
          Jacquelyn Ann Jones, Court Reporter

```
 1
      APPEARANCES:
 2

 3    BROOKS, FRANK and DE LA GUARDIA
      By: MICHAEL FRANK, ESQUIRE
 4    On behalf of the Debtor

 5
      STATE OF FLORIDA OFFICE OF THE ATTORNEY GENERAL
 6    By: JACEK P. STRAMSKI, ESQUIRE
      On behalf of the Office of the Attorney General
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 11

1    But if that's the case, then we have to have
2    an evidentiary hearing on it, because these are just
3    allegations made by counsel.
4         We believe he's entitled to do a Chapter 11.
5    He cannot do a Chapter 13.  We want this converted to
6    an 11, and they can litigate all they want in the
7    Chapter 11.  And if they get it dismissed, they get it
8    dismissed.
9         THE COURT:  All right.  Here's what we'll
10   do.  We'll allow the debtor to convert from a 13 to an
11   11, but we will also allow stay relief to the Attorney
12   General to pursue all of its activity in the Circuit
13   Court, with the exception of execution on any filed
14   judgment.  So let's see --
15        MR. FRANK:  What does that entail, Judge,
16   because they can get the same -- the same information
17   in the bankruptcy --
18        THE COURT:  Well, but --
19        MR. FRANK:  -- that they can get in the
20   State Court.
21        THE COURT:  But they're claiming that they
22   didn't get it in State Court, and maybe the Judge
23   wants to put him in jail there if he did something --
24        MR. FRANK:  And now if they don't get it in
25   this court you're going to put him in jail.

1   THE COURT: Well, but I'm not -- I don't
2 like to put people in jail. I'll let the State Court
3 Judge do it, if it's appropriate. So, yes, Mr.
4 Stramski?
5   MR. STRAMSKI: Just to clarify, would our
6 ability to pursue our remedies in State Court include
7 requesting an asset freeze on Mr. Frade to prevent him
8 from transferring assets to other third parties as
9 this matter is sorted out?
10   THE COURT: Well, if he's in 11 he can't
11 transfer anything -- he can't transfer anything
12 legally without an order of this Court, so you don't
13 need that. I mean, if he were to transfer it, it
14 would be an inappropriate transfer.
15   MR. FRANK: And we'd also have to get a
16 motion to allow him to include the purchase contract
17 anyway before we exercise that option.
18   MR. STRAMSKI: Your Honor, one of our
19 concerns is, and we brought this to light in the trial
20 court, is that Mr. Frade obviously acts through third
21 entities, whether they be corporations. There are
22 numerous transfers to his wife, for example, that we
23 believe are fraudulent as well.
24   And that's one of the reasons why we are
25 seeking that injunctive relief in the trial court,

1  because under the --
2              THE COURT:  Well, you're entitled -- you're
3  being given authority to go ahead and do everything
4  there, except to seize property which is property of
5  the estate --
6              MR. STRAMSKI:  Thank you.
7              THE COURT:  -- without further order of the
8  Court.
9              So let's see, since you're both getting some
10  benefit of this, I guess you'll have to do that order
11  together.  So when the two of you agree that the order
12  includes, one, the authorization to convert, and two,
13  the limitation on that as the automatic stay does not
14  apply, and that you're free to go do anything in State
15  Court, up to execution on property of the estate.
16             MR. FRANK:  Would you like two separate
17  orders, a conversion order and a relief from stay
18  order, would that make more sense?
19             THE COURT:  What do you think?
20             MR. FRANK:  I think the two orders would
21  make it clear.
22             THE COURT:  What do you think, Mr. Stramski,
23  two orders?
24             MR. STRAMSKI:  I agree with two orders.
25             THE COURT:  All right then.  Mr. Frank,